ARTHUR L. ANDREWS

*v.*

GUAYAQUIL AND QUITO RAILWAY COMPANY et al.

[Argued June 22d, 1906. Decided June 25th, 1906.]

On appeal of Robert C. Pruyn from an order of the court of chancery, advised by Vice-Chancellor Stevens, whose opinion is reported in 69 *N. J. Eq.* (*3 Robb.*) *211.*

*Mr. Edwin B. Williamson,* for the appellant.

*Mr. Charles L. Corbin,* for the respondents.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—13.

*For reversal*—None.